UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:11-00194 |
| ) | JUDGE CAMPBELL |
| JERMAINE JACKSON ) | |

### ORDER

Pending before the Court is a Motion for Permission to File Defendant's Pro Se Motion for Appointment of New Counsel (Docket No. 802). The Court will hold a hearing on the Motion on October 1, 2012, at 12:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE