UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MONIQUE SMITH ) | No. 3:11-00194<br>JUDGE CAMPBELL |

ORDER

Pending before the Court is Defendant Monique Smith's Motion For Extension Of Time To Respond To Government's First Motion In Limine Regarding John Edwards (Docket No. 803). Through the Motion, Defendant Smith seeks an extension of time until October 1, 2012, in which to respond to the Government's First Motion In Limine. The Motion is GRANTED.

Also pending before the Court is Defendant Monique Smith's Motion For Leave To File Pleadings Filed By Co-Defendants (Docket No. 804). Through the Motion, Defendant Smith seeks to adopt Defendant Allen's Motion In Limine No. 4 (Gang Expert) (Docket No. 752), Defendant Allen's Motion In Limine No. 3 (Lack Of Truthfulness) (Docket No. 726), Defendant Allen's Motion In Limine No. 1 (Police Officers Testifying In Uniform) (Docket No. 724), and Defendant Jackson's Proposed Jury Instructions (Docket No. 761). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE