UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:11-00194 |
| ) | JUDGE CAMPBELL |
| JESSIE LEE ALLEN, et al. ) | |

ORDER

Defendant Jermaine L. Jackson has entered a plea of guilty. Accordingly, all pending motions filed by Defendant Jackson are DENIED as moot.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE