UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JERMAINE L. JACKSON | ) | |

ORDER

Pending before the Court is a Motion To Withdraw Plea (Docket No. 880), filed by Defendant Jermaine L. Jackson, pro se. The Court will hold a hearing on the Motion on November 2, 2012, at 3:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE