UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

ORDER

Pending before the Court is Defendant Jermaine L. Jackson's Motion Requesting The Court Address Jermaine Jackson's Amended Motion To Quash As A Preliminary Matter Or, In The Alternative, To Reset The Hearing For The Morning Of August 22, 2013 (Docket No. 1493). The Motion is GRANTED. The Court will consider Defendant Jackson's Amended Motion To Quash first at the hearing on August 22, 2013, at 1:00 p.m.

It is so ORDERED.

                                                                                                                                                   */s/ Todd Campbell*
                                                                                                                                                   TODD J. CAMPBELL
                                                                                                                                                   UNITED STATES DISTRICT JUDGE