UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. | ) | |

ORDER

Pending before the Court is Defendant Jermaine L. Jackson's Motion to Quash Trial Subpoena (Docket No. 1476). The Court held a hearing on August 22, 2013. At the hearing, Defendant Jackson did not invoke his Fifth Amendment privilege and counsel for Defendant Jackson withdrew the Motion to Quash.

    IT IS SO ORDERED.

                                                       _____
                                                       TODD J. CAMPBELL
                                                       UNITED STATES DISTRICT JUDGE