UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS, et al. | ) | |

ORDER

Pending before the Court is the Defendant Jermaine Jackson's Notice Of Reliance on 5th Amendment And Request Not To Be Transported To Court (Docket No. 1596). Through the Notice, Defendant Jackson's counsel indicates that Defendant Jackson intends to invoke his right to remain silent if called as a witness for trial by Defendant Rivers, as evidenced by the August 23, 2013 letter written by Defendant Jackson and sent to the Court. The Notice also indicates that Defendant Jackson does not object to distributing his letter to the Government and Defendant Rivers.

The Clerk is directed to unseal Defendant Jackson's August 23, 2013 letter (Docket No. 1589) and serve a copy on the Government and Defendant Rivers.

The Court will hold a hearing on September 4, 2013, at 8:30 a.m. to consider Defendant Jackson's stated intention to invoke the Fifth Amendment.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE