UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JERMAINE L. JACKSON | ) | |

ORDER

At the sentencing hearing on September 20, 2013, the parties shall be prepared to discuss if Paragraph 31, Paragraph 86, and Page 28 of the Presentence Report are inconsistent.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE