UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JERMAINE JACKSON | ) | |

ORDER

Pending before the Court is a Motion To Withdraw As Counsel (Docket No. 1658), filed by counsel for the Defendant. The Defendant has also filed a Notice of Appeal (Docket No. 1657).

Sixth Circuit Rule 12(c) provides, in pertinent part:

(a) Continued Representation on Appeal. Trial counsel in criminal cases must continue representation of the defendant on appeal unless relieved by the court.

Accordingly, any request for withdrawal of current counsel must be directed to the Sixth Circuit Court of Appeals. Thus, the Motion is DENIED, without prejudice to it being filed with the Sixth Circuit.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE