UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| JERMAINE JACKSON | ) | |

## ORDER

Pending before the Court are Defendant's Motion To Reconsider (Docket No. 1651) and the Government's Response In Opposition To The Defendant's Motion To Reconsider (Docket No. 1663). Through the Motion, the Defendant requests that the Court reconsider its finding at sentencing that his objection to his criminal history score is moot.

For the reasons stated on the record at the sentencing hearing, the Court is persuaded the Judgment is correct. Accordingly, the Motion To Reconsider (Docket No. 1651) is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE